IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, *Subscribing to Policy Number 2623TDUBMDJ1L3157*, | § § § § § | |
| Plaintiff, | § § | Case No. 3:20-cv-3151-K |
| v. | § § | |
| MORAL TRANSPORTATION, LLC, and BISRAT TEKLE, | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated June 4, 2021. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's "Motion for Entry of Default Judgment Against Defendants" (ECF No. 18) is DENIED without prejudice, and Defendant Tekle has 30 days from this Order's date to file his

answer, motion to dismiss, motion to set aside the Clerk's entry of default, or a § 1404(a) motion to transfer venue.

**SO ORDERED.**

**Signed June 23rd, 2021.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE